UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEXANDER ACEVAL   #559981,

       Plaintiff,                    Case No.  06-15287

v.                                  District Judge Arthur J.  Tarnow
                                          Magistrate Judge R.  Steven Whalen

GREGORY GASKIN, et al.,

       Defendants.
_____/

## ORDER

Plaintiff is a *pro se* prison inmate who has filed a civil complaint pursuant to 42 U.S.C. §1983.  Before the Court is his Motion to Allow Legal Assistant Power of Attorney [Docket #4].

Attached to Plaintiff's Motion is a copy of a Michigan Department of Corrections (MDOC) policy directive providing for a prison inmate to obtain legal assistance from another inmate, pursuant to an approved written agreement.  Plaintiff states that the MDOC has approved a one-year agreement for another inmate to provide legal assistance to him.  At this point, the Court has nothing to do with the administration of the MDOC's internal policies regarding inmate legal assistance, and indeed, it appears that Plaintiff has obtained such assistance.

However, Plaintiff's inmate-assistant is not an attorney.  Therefore, the Court will not permit him to sign pleadings on Plaintiff's behalf, nor will the Court serve orders or notices

on him.

Accordingly, Plaintiff's Motion to Allow Legal Assistant Power of Attorney [Docket #4] is DENIED.

SO ORDERED.

                                                S/R. Steven Whalen
                                                R. STEVEN WHALEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated: April 4, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 4, 2007.

                                                S/G. Wilson
                                                Judicial Assistant