# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALEXANDER ACEVAL, #559981,
   *pro se,*

  Plaintiff,

v.

GREGORY GASKIN, *et al.*,

  Defendants.
              /

Case Number: 06-15287

Hon. Arthur J. Tarnow
Magistrate Judge: R. Steven Whalen

## ORDER OF SUMMARY DISMISSAL

  Before the Court is Plaintiff's *pro se* civil rights complaint, brought pursuant to 42 U.S.C. § 1983. Plaintiff is a state prisoner, confined at Brooks Correctional Facility, in Muskegon, Michigan, at the time he filed his Complaint.

  Since the Complaint was filed, Defendants filed Motions to Dismiss [DE 16] and for Summary Judgment [DE 26]. On June 26, 2007, Magistrate Judge Whalen ordered Plaintiff to respond to both motions [DE 28]. Plaintiff did not respond.

  Magistrate Judge Whalen entered two Reports and Recommendation. The first [DE 29], on the Motion to Dismiss, was entered on February 8, 2008; the second [DE 30], on the motion for summary judgment, on February 13. Both Reports and Recommendations were sent to Plaintiff at his address of record. Both were returned to the Court as undeliverable.

  Plaintiff has an obligation to inform the Court of his current mailing address. He has not done so, as evidenced by the return of the Reports and Recommendations. Accordingly,

  IT IS HEREBY ORDERED that Plaintiff's civil rights complaint is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

                              S/ARTHUR J. TARNOW
                              Arthur J. Tarnow
                              United States District Judge

Dated: March 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 17, 2008, by electronic and/or ordinary mail.

                              S/THERESA E. TAYLOR
                              Case Manager